IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JACQUELINE RAY,           ) | |
|                            ) | |
|    Plaintiff,    ) | |
|                            ) | CIVIL ACTION NO. |
|    v.            ) | 3:15cv957-MHT |
|                            ) | (WO) |
| RAUSCH & PAUSCH LP,   ) | |
|                            ) | |
|    Defendant.    ) | |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) The consent motion to dismiss without prejudice (doc. no. 13) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of July, 2016.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE